■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS LEE FREEMAN, Appellant. — Judgment unanimously reversed, motion to suppress

granted, and a new trial granted (see *People v Rogers,* 48 NY2d 167). (Appeal from judgment of Allegany County Court, Serra, J. — rape, first degree.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Moule, JJ.